No. —. Saxe *v.* Heinze et al. January 2, 1945.

No. 73. Armour & Co. *v.* Wantock et al. January 2, 1945. *Ante,* p. 126.

No. 498. Sonderlick *v.* Hallinan; and
No. 499. Sonderlick *v.* Emigrant Industrial Savings Bank. January 2, 1945.

No. 567. Crapo *v.* Johnston, Warden. January 2, 1945.

No. 611. Curators of the Central College *v.* Rose, Collector of Revenue. January 2, 1945.

No. 658. Jeskowitz *v.* Carter, Trustee in Bankruptcy. January 2, 1945.

No. 18. United States *v.* Crescent Amusement Co. et al.; and
No. 19. Crescent Amusement Co. et al. *v.* United States. January 8, 1945. Mr. Justice Frankfurter, Mr. Justice Murphy, and Mr. Justice Jackson took no part in the consideration or decision of this application. *Ante,* p. 173.

No. 562. Duncan *v.* United States Circuit Court of Appeals for the Eighth Circuit. January 8, 1945.

No. 644. Pacman *v.* United States. January 8, 1945.